IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAMON WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., CEO BRIAN MOYNIHAN, RUBIN LUBLIN, L.L.C., CEOS GLEN RUBIN & PETER LUBLIN; ATTORNEYS JODY CAMPBELL & SMITA GUATAM AS TRUSTEE,<br><br>    Defendants. | Case No. 1:18-cv-04968-SCJ |

## ORDER GRANTING MOTION TO
## STAY DISCOVERY AND PRE-TRIAL DEADLINES

COME NOW Defendants Bank of America, N.A. ("BANA"), and Brian T. Moynihan, individually and his official capacity as President and CEO of BANA ("Mr. Moynihan") (collectively the "Defendants"), seeking to stay discovery and certain pre-trial deadlines pending the Court's ruling on its Motion to Dismiss. The Court considered this Motion to Stay and concludes sufficient evidence and good cause exists for the Court to stay certain deadlines during the Court's consideration of the Motion to Dismiss.

1

Accordingly, the Court hereby **GRANTS** the Motion to Stay Discovery and Pre-Trial Deadlines. The Court **STAYS** Defendants' obligations to comply with the deadlines for conducting the Rule 26(f) conference, serving initial disclosures and filing a discovery plan.

Should the Court later deny Defendants' Motion to Dismiss, Defendants will comply with the Rule 26(f) Early Planning Conference, the Joint Preliminary Report and Discovery Plan and Initial Disclosures within thirty (30) days of the Court's Order denying such Motion to Dismiss. Pursuant to N.D. Ga. LR 26.2(A), discovery will commence thirty (30) days after the appearance of Defendants by answer.

**SO ORDERED**, this 13th day of December, 2018.

        s/Steve C. Jones
        HON. STEVE C. JONES
        UNITED STATES DISTRICT JUDGE

110231046_1